# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PAM VERMILLION, individually and as** | ) | |
| **a Guardian and Conservator of** | ) | |
| **Charles L. Vermillion,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:04CV279** |
| **v.** | ) | |
| | ) | **ORDER** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Upon notice of settlement given to the magistrate judge on January 25, 2006 by counsel for the defendant,

**IT IS ORDERED that:**

1.     The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the case **on or before February 24, 2006**.  If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

2.     Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with  NECivR 68.1.

DATED this 25th day of January, 2006.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge