IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAM VERMILLION, Individually and as Guardian and Conservator of CHARLES L. VERMILLION, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | ) <br> ) <br> ) <br> ) Civil No. 8:04CV279 <br> ) <br> ) <br> ) ORDER <br> ) <br> ) <br> ) <br> ) |

This matter came on for determination upon the Stipulation and Motion of the parties that the case be dismissed with prejudice (filing number 45), each party to bear their own costs, and complete record waived. The Court, being fully advised in the premises, finds that such an order should issue.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case is dismissed with prejudice, each party to bear their own costs, and complete record waived.

DATED this 27th day of March, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT COURT JUDGE